1  Anthony Goldsmith, Esq. (State Bar #: 125621)
   LAW OFFICES OF ANTHONY E. GOLDSMITH
2  1841 Arteique Road
   Topanga, CA 90290
3  Tel.: (818) 343-1370
   Fax:  (310) 455-2968
4  E-Mail: agoldsmith@goldsmithlawoffices.com
   Attorney for Plaintiff, CYNTHIA DE JESUS-EDMUNSON

5  Steven L. Derby, Esq. (State Bar # 148372)
   THE DERBY LAW FIRM
6  1255 Treat Blvd., Suite 300
   Walnut Creek, CA 94597
7  Tel.: (925) 472-6640
   Fax: (925) 472-6643
8  E-Mail: derby@derbydisabilitylaw.com
   Attorney for Plaintiff, CYNTHIA DE JESUS-EDMUNSON
9
   Katherine E. Underwood, Esq. (State Bar # 249308)
10 CITY OF SACRAMENTO
   915 I St., 4ᵗʰ Floor
11 Sacramento, CA 95814
   Tel.: (916) 808-5346
12 Fax: (916) 808-7455
   E-Mail: kunderwood2@cityofsacramento.org
13 Attorney for Defendant, CITY OF SACRAMENTO

14
15                **UNITED STATES DISTRICT COURT**

16                **EASTERN DISTRICT OF CALIFORNIA**

17 CYNTHIA DE JESUS-EDMUNSON, )    CASE NO. 2:15-cv-00550-TLN-CKD
                              )    Civil Rights
18        Plaintiff,          )
                              )    [*The Honorable Troy L. Nunley*]
19        *vs.*               )
                              )    **STIPULATION TO CONTINUE**
20 CITY OF SACRAMENTO; and    )    **TRIAL DATE AND PRETRIAL**
   DOES 1-50, Inclusive,      )    **DEADLINES; ORDER**
21                            )
22        Defendants.         )    Current Trial Date: 5/22/2017
   ─────────────────────────  )    Proposed Trial Date: 11/20/2017
23                            )    Current Final Pretrial Conference: 3/23/2017
                              )    Proposed Final Pretrial Conference: 9/25/2017
24                            )    Current Discovery Completion Date: 6/24/2016
                              )    Proposed Discovery
25                            )    Completion Date: 12/27/2016
                              )
26                            )
27

28                                    –1–
   *STIPULATION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES AND ORDER*

1    Plaintiff, CYNTHIA DE JESUS-EDMUNSON, and Defendant, CITY OF
2  SACRAMENTO, by and through their respective attorneys, Anthony E.
3  Goldsmith, Steven L. Derby, and Katherine E. Underwood, hereby jointly stipulate
4  and request the trial date and pretrial deadlines in this to be continued for good
5  cause as shown below.  Presently, trial in this case is scheduled to begin on May
6  22, 2017.  This first request for an extension of time is based on the following good
7  cause:

8    1. On March 11, 2015, Plaintiff, by and through counsel, filed her Complaint
9       for damages and injunctive relief, arising out of an incident that occurred on
10      or about, February 20, 2014, which involves the alleged deprivation of
11      Plaintiff's civil rights, as well as personal injuries.

12   2. The parties have both discovered and agree there are factual issues in
13      contention that don't involve the physical condition of the city's public
14      rights of way and that discovery should be done in phases.  Therefore, both
15      parties wish to extend time for Discovery, specifically in regards to technical
16      issues involving the city's public rights of way.

17   3. This is the first request for an extension and although both parties
18      understand the importance of keeping the Court's timeline, all involved are
19      working together cooperatively and believe the extensions will likely result
20      in settlement, as opposed to having to proceed to trial.

21   4. Based on the foregoing, the parties jointly stipulate and request that the
22      Court continue the current trial date from May 22, 2017, to November 20,
23      2017.

24   5. That the current final pretrial conference be continued from March 23, 2017,
25      to September 25, 2017.

26
27
28
                                    –2–

1    6.  That the associated deadlines be continued as follows:

2

3    a.  Trial:                                    November 20, 2017

4    b.  Final Pretrial Conference:                September 25, 2017

5    c.  Joint Final Pretrial Conference Statement:   September 18, 2017

6    d.  Filing of Trial Brief:                    November 6, 2017

7    e.  Last Date to Hear Dispositive Motions:    June 5, 2017

8    f.  Non-Expert Discovery Cutoff (Fact):       December 27, 2016

9    g.  Expert Disclosure (Initial):              February 21, 2017

10   h.  Expert Disclosure (Rebuttal):             March 17, 2017

11   i.  Expert Discovery Cutoff:                  April 7, 2017

12

13   **IT IS SO STIPULATED**

14

15   DATED: March 23, 2016          **LAW OFFICES OF ANTHONY E. GOLDSMITH**

16

17                                  By:  /s/ Anthony Goldsmith

18                                       Anthony E. Goldsmith

19                                       Attorney for Plaintiff,

20                                       CYNTHIA DE JESUS-EDMUNSON

21   DATED: March 23, 2016          **THE DERBY LAW FIRM**

22

23                                  By: /s/ Steven Derby

24                                       Steven Derby

25                                       Attorney for Plaintiff,

26                                       CYNTHIA DE JESUS-EDMUNSON

27

28

—3—

*STIPULATION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES AND ORDER*

1   DATED: March 23, 2016          **CITY OF SACRAMENTO**

2                                          By: /s/ Katherine Underwood

3                                                  Katherine E. Underwood

4                                                  Attorney for Defendant,

5                                                  CITY OF SACRAMENTO

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*STIPULATION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES AND ORDER*

1                                    **ORDER**

2      Pursuant to the parties' Stipulation to Continue Trial Date and Pretrial Deadlines, and

3    for good cause shown, the Court hereby GRANTS a continuance of the trial and pretrial

4    deadlines as follows:

5

6        a.  Trial:                                                            **November 27, 2017, at 9:00 a.m**.

7        b.  Final Pretrial Conference:                    **September 21, 2017, at 2:00 p.m**.

8        c.  Joint Final Pretrial Conference Statement:   **September 14, 2017**

9        d.  Filing of Trial Brief:                        **November 13, 2017**

10      e.  Last Date to Hear Dispositive Motions:   **June 1, 2017**

11      f.  Non-Expert Discovery Cutoff (Fact):     December 27, 2016

12      g.  Expert Disclosure (Initial):              February 21, 2017

13      h.  Expert Disclosure (Rebuttal):         March 17, 2017

14      i.  Expert Discovery Cutoff:             April 7, 2017

15

16

17    Dated: March 24, 2016

18                                         Troy L. Nunley

19                                         United States District Judge

20

21

22

23

24

25

26

27

28

*STIPULATION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES AND ORDER*