1   Anthony Goldsmith, Esq. (State Bar #: 125621)
LAW OFFICES OF ANTHONY E. GOLDSMITH
2   1841 Arteique Road
Topanga, CA 90290
3   Tel.: (818) 343-1370
Fax:  (310) 455-2968
4   E-Mail: agoldsmith@goldsmithlawoffices.com
Attorney for Plaintiff, CYNTHIA DE JESUS-EDMUNSON

5   Steven L. Derby, Esq. (State Bar # 148372)
THE DERBY LAW FIRM
6   1255 Treat Blvd., Suite 300
Walnut Creek, CA 94597
7   Tel.: (925) 472-6640
Fax: (925) 472-6643
8   E-Mail: derby@derbydisabilitylaw.com
Attorney for Plaintiff, CYNTHIA DE JESUS-EDMUNSON
9

10   Katherine E. Underwood, Esq. (State Bar # 249308)
SACRAMENTO CITY ATTORNEY'S OFFICE
11   915 I St., 4th Floor
Sacramento, CA 95814
12   Tel.: (916) 808-5346
Fax: (916) 808-7455
13   E-Mail: kunderwood2@cityofsacramento.org
Attorney for Defendant, CITY OF SACRAMENTO

14

15   **UNITED STATES DISTRICT COURT**

16   **EASTERN DISTRICT OF CALIFORNIA**

17   CYNTHIA DE JESUS-EDMUNSON, )      CASE NO. 2:15-cv-00550-TLN-CKD
                                 )      Civil Rights
18        Plaintiff,            )
                                 )      [*The Honorable Troy L. Nunley*]
19        *vs.*                  )
                                 )      **STIPULATION AND ORDER**
20   CITY OF SACRAMENTO; and     )      **CONTINUING NON-EXPERT**
     DOES 1-50, Inclusive,       )      **DISCOVERY DEADLINE**
21                               )
          Defendants.            )
22   _____ )
                                 )
23                               )
                                 )
24                               )
                                 )
25                               )
                                 )
26                               )

27

28                                 –1–

1       Plaintiff, CYNTHIA DE JESUS-EDMUNSON, and Defendant, CITY OF
2 SACRAMENTO, by and through their respective attorneys, Anthony E.
3 Goldsmith, Steven L. Derby, and Katherine E. Underwood, hereby jointly stipulate
4 and respectfully request a continuance of the non-expert discovery deadline due to
5 the following :

6   1. On March 11, 2015, Plaintiff, by and through counsel, filed her Complaint
7      for damages and injunctive relief, arising out of an incident that occurred on
8      or about, February 20, 2014, which involves the alleged deprivation of
9      Plaintiff's civil rights, as well as personal injuries.

10   2. This case is venued in the United States District Court, Eastern District of
11      California's Sacramento Courthouse and Plaintiff and a key witness, Ms.
12      Goldkorn, all reside in Southern California.  Coordinating the depositions of
13      Plaintiff and Ms. Golkorn with the current trial calendars for both counsels
14      for Plaintiff and Defendant requires an extension of the current non-expert
15      discovery cutoff deadline, which is December 27, 2016.  Accordingly, the
16      parties need more time to schedule and conduct the depositions of Plaintiff
17      and Ms. Goldkorn.

18   3. The current cutoff for expert discovery is April 7, 2017.

19   4. .  The parties have agreed, and do so stipulate, that non-expert discovery and
20      expert discovery will both close on April 7, 2017.

21   5. The parties are not requesting any other dates in the pre-trial scheduling
22      order be modified at this time.  However, by entering into this stipulation,
23      the parties do not waive any parties' right to move the Court at a later time
24      to modify any date in the pre-trial scheduling order, including, but not
25      limited to, the trial date.

26
27
28

*STIPULATION AND  ORDER CONTINUING NON-EXPERT DISCOVERY DEADLINE*

1

2

3   DATED: September 23, 2016          **LAW OFFICES OF ANTHONY E.**

4                                      **GOLDSMITH**

5                                By:  /s/ Anthony Goldsmith
                                      Anthony E. Goldsmith

6                                      Attorney for Plaintiff,

7                                      CYNTHIA DE JESUS-EDMUNSON

8

9   DATED: September 23, 2016          **THE DERBY LAW FIRM**

10                               By: /s/ Steven Derby

11                                     Steven Derby

12                                     Attorney for Plaintiff,

13                                     CYNTHIA DE JESUS-EDMUNSON

14

15  DATED: September 23, 2016          **SACRAMENTO CITY ATTORNEY'S**

16                                     **OFFICE**

17                               By: /s/ Katherine Underwood

18                                     Katherine E. Underwood

19                                     Attorney for Defendant,

20                                     CITY OF SACRAMENTO

21

22

23

24

25

26

27

28
                                       −3−
*STIPULATION AND  ORDER CONTINUING NON-EXPERT DISCOVERY DEADLINE*

1  **THE STIPULATION OF THE PARTIES IS APPROVED AND IT IS SO**

2  **ORDERED.**

3

4  Dated: September 28, 2016

5

6  _____

   Troy L. Nunley

7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

–4–

*STIPULATION AND  ORDER CONTINUING NON-EXPERT DISCOVERY DEADLINE*