Anthony Goldsmith, Esq. (State Bar #: 125621)
LAW OFFICES OF ANTHONY E. GOLDSMITH
1841 Arteique Road
Topanga, CA 90290
Tel.: (818) 343-1370
Fax:  (310) 455-2968
E-Mail: agoldsmith@goldsmithlawoffices.com
Attorney for Plaintiff, CYNTHIA DE JESUS-EDMUNSON

Steven L. Derby, Esq. (State Bar # 148372)
THE DERBY LAW FIRM
1255 Treat Blvd., Suite 300
Walnut Creek, CA 94597
Tel.: (925) 472-6640
Fax: (925) 472-6643
E-Mail: derby@derbydisabilitylaw.com
Attorney for Plaintiff, CYNTHIA DE JESUS-EDMUNSON

Katherine E. Underwood, Esq. (State Bar # 249308)
SACRAMENTO CITY ATTORNEY'S OFFICE
915 I St., 4th Floor
Sacramento, CA 95814
Tel.: (916) 808-5346
Fax: (916) 808-7455
E-Mail: kunderwood2@cityofsacramento.org
Attorney for Defendant, CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA DE JESUS-EDMUNSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No.:  2:15-CV-00550-TLN-CKD<br><br>**STIPULATION AND ORDER CONTINUING FACT DISCOVERY DEADLINES** |

Plaintiff, CYNTHIA DE JESUS-EDMUNSON, and Defendant, CITY OF SACRAMENTO, by and through their respective attorneys, Anthony E. Goldsmith, Steven L. Derby, and Katherine E. Underwood, hereby jointly stipulate and respectfully request the trial date and pretrial deadlines in this case to be continued for good cause as shown below. Presently, trial in this case is scheduled to begin on June 4, 2018.  This request for an extension of discovery deadlines is based on the following good cause:

1.  On March 11, 2015, Plaintiff, by and through counsel, filed her Complaint for damages and injunctive relief, arising out of an incident that occurred on or about February 20, 2014, which involves the alleged deprivation of Plaintiff's civil rights, as well as personal injuries.

2.  Plaintiff has endured two serious illnesses unrelated to her injuries allegedly sustained in the case before the Court. Additionally, Plaintiff is in the process of recovering additional medical records related to this case and both parties want to be sure that Defendants have all of Plaintiff's medical records before taking her deposition. Accordingly, the parties ask that the Court to extend the discovery cut-off date in this case from July 14, 2017 to September 14, 2017.

3.  This request for an extension of discovery deadlines will not impact the trial date or any other discovery and motion dates in the case and although the parties understand the importance of keeping the Court's timeline, all involved are working together cooperatively and believe the extension will likely result in further settlement discussions, as opposed to having to proceed to trial.

4.  Based on the foregoing, the parties jointly stipulate and request that the Court continue the current discovery cut-off date from July 14, 2017 to September 14, 2017.

**IT IS SO STPULATED**

DATED: May 3, 2017          LAW OFFICES OF ANTHONY E. GOLDSMITH

By: _/s/ Anthony Goldsmith_
Anthony E. Goldsmith
Attorney for Plaintiff,
CYNTHIA DE JESUS-EDMUNSON

DATED: May 3, 2017          **THE DERBY LAW FIRM**

                            By: /s/ Steven Derby
                                Steven Derby
                                Attorney for Plaintiff,
                                CYNTHIA DE JESUS-EDMUNSON

DATED: May 3, 2017          **SACRAMENTO CITY ATTORNEY'S**

                            **OFFICE**

                            By: /s/ Katherine Underwood
                                Katherine E. Underwood
                                Attorney for Defendant,
                                CITY OF SACRAMENTO

   **THE STIPULATION OF THE PARTIES IS APPROVED AND IT IS SO ORDERED.**

   Dated: May 05, 2017

                                _____
                                Troy L. Nunley
                                United States District Judge