ANTHONY E. GOLDSMITH, Esq. (SBN 125621)
STEVEN L. DERBY, Esq. (SBN 148372)
DERBY, McGUINNESS, & GOLDSMITH, LLP
21550 Oxnard Street, Suite 300
Woodland Hills, CA 91367
Tel:(818) 213-2761
Fax: (510) 359-4419
info@dmglawfirm.com

Attorneys for Plaintiff
CYNTHIA DE JESUS-EDMUNDSON

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
Katherine E. Underwood, Senior Deputy City Attorney
(SBN 249308)
CITY OF SACRAMENTO
915 I St., 4th Floor
Sacramento, CA 95814
Tel.: (916) 808-5346
Fax: (916) 808-7455
E-Mail: kunderwood2@cityofsacramento.org

Attorney for Defendant
CITY OF SACRAMENTO

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA DE JESUS-EDMUNDSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; and DOES 1 – 50, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-00550 TLN-CKD<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER CONTINUING ALL DEADLINES AND TRIAL DATE**<br><br>**MODIFIED FROM SUBMITTED VERSION** |

Plaintiff CYNTHIA DE JESUS-EDMUNSON and CITY OF SACRAMENTO by and through their respective attorneys, hereby jointly stipulate and respectfully request the trial date and associated pretrial deadlines in this case be continued. Presently, trial in this case is scheduled to begin on December 3, 2018. This fourth request for an extension of time is based on the following good cause:

1. Plaintiff recently underwent surgery for conditions she contends are related to the injury at issue in this matter. Therefore, the Parties will need to subpoena and review Plaintiff's medical records for her surgery and related recovery in order to complete discovery.

2. Plaintiff's counsel is currently working with Medicare to finalize Plaintiff's lien amount for treatment she contends is related to the injury at issue in this matter.

3. Due to Plaintiff's recent medical activity, further depositions of her medical providers need to be scheduled.

4. The Parties in this matter are actively working to schedule a mediation.

5. The Parties are working towards narrowing the issues in this case, and for the purposes of settlement only have come to an agreement as to the issue of liability.

6. The parties believe the requested deadline extensions are necessary and appropriate given the change in plaintiff's medical status. The extensions will allow the parties to complete necessary discovery and attempt to mediate the case without unnecessary expenditures on costs and attorneys' fees; making the case more likely to settle. Once defendant has concluded discovery on medical issues, the parties will attend a mediation in an attempt to settle this case in its entirety.

Based on the foregoing, the parties jointly stipulate and request that the Court continue the trial date from December 3, 2018, to June 3, 2019, and the associated case deadlines be continued as follows:

| | |
|---|---|
| Fact discovery cut-off: | October 12, 2018 |
| Expert disclosure: | November 9, 2018 |
| Expert rebuttal: | December 7, 2018 |
| Expert discovery cut-off: | January 11, 2019 |
| Hearing of Dispositive Motions: | February 14, 2019 |
| Joint pretrial conference statement: | February 28, 2019 |
| Pretrial conference: | March 7, 2019 |
| Trial briefs: | May 20, 2019 |

| | |
|---|---|
| Trial: | June 3, 2019 |

**IT IS SO STIPULATED.**

Dated: May 30, 2018          DERBY, McGUINNESS & GOLDSMITH, LLP


                                                     */s/ Steven L. Derby*
                                                     By:  STEVEN L. DERBY, Esq.
                                                     Attorneys for Plaintiff
                                                     CYNTHIA DE JESUS-EDMUNDSON

Dated: May 30, 2018          SUSANA ALCALA WOOD,
                                                     City Attorney


                                                     */s/ Katherine E. Underwood*
                                                     By:  KATHERINE E. UNDERWOOD,
                                                     Senior Deputy City Attorney
                                                     Attorneys for Defendant
                                                     CITY OF SACRAMENTO

**ORDER**

Pursuant to the parties' stipulation, it is hereby ordered that the deadlines are reset as follows:

| | |
|---|---|
| Fact discovery cut-off: | October 12, 2018 |
| Expert disclosure: | November 9, 2018 |
| Expert rebuttal: | December 7, 2018 |
| **Hearing of Dispositive Motions:** | **February 21, 2019** |
| **Joint pretrial conference statement:** | **May 9, 2019** |
| **Pretrial conference:** | **May 16, 2019 at 2:00 PM** |
| **Trial:** | **July 15, 2019 at 9:00 AM** |

**IT IS SO ORDERED.**

DATED: May 30, 2018

_____
Troy L. Nunley
United States District Judge