ANTHONY E. GOLDSMITH, Esq. (SBN 125621)
STEVEN L. DERBY, Esq. (SBN 148372)
DERBY, McGUINNESS, & GOLDSMITH, LLP
21550 Oxnard Street, Suite 300
Woodland Hills, CA 91367
Tel: (818) 213-2761
Fax: (510) 359-4419
info@dmglawfirm.com

Attorneys for Plaintiff
CYNTHIA DE JESUS-EDMUNDSON

Katherine E. Underwood, Esq. (State Bar # 249308)
SACRAMENTO CITY ATTORNEY'S OFFICE
915 I St., 4th Floor
Sacramento, CA 95814
Tel.: (916) 808-5346
Fax: (916) 808-7455
E-Mail: kunderwood2@cityofsacramento.org

Attorney for Defendant
CITY OF SACRAMENTO

# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA DE JESUS-EDMUNDSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SACRAMENTO; and DOES 1 – 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:15-cv-00550 TLN-CKD<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FILING OF SECOND AMENDED COMPLAINT** |

Plaintiff CYNTHIA DE JESUS-EDMUNSON and CITY OF SACRAMENTO by and through their respective attorneys, hereby jointly stipulate and respectfully request that the Court order that that the Second Amended Complaint attached hereto as Exhibit 1 be filed. This request is based on the following good cause:

1. FRCP Rule 8 requires that Plaintiff give Defendant adequate notice of barriers he identifies as discriminatory pursuant to *Oliver v. Ralphs Grocery Co.*, 654 F.3d

1 | 903, 909 (9th Cir. 2011).

2. The parties have also agreed that it is necessary for Plaintiff to file a Second Amended Complaint in this matter in an effort to minimize litigation by clarifying and simplifying the issues pled in the First Amended Complaint. Specifically, Plaintiff will remove the Title II program access allegations from the Complaint and thus limit the scope of remediation to the block upon which Plaintiff fell and was injured.

Based on the foregoing, the parties joint stipulate and request that the Court order Plaintiff to file the Second Amended Complaint attached as Exhibit 1.

**IT IS SO STIPULATED.**

Dated: May 30, 2018　　　　　　　　　DERBY, McGUINNESS & GOLDSMITH, LLP

　　　　　　　　　　　　　　　　　　　　_/s/ Steven L. Derby_
　　　　　　　　　　　　　　　　　　　　By: STEVEN L. DERBY, Esq.
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　CYNTHIA DE JESUS-EDMUNDSON

Dated: May 30, 2018　　　　　　　　　SACRAMENTO CITY ATTORNEY'S OFFICE

　　　　　　　　　　　　　　　　　　　　_/s/ Katherine Underwood_
　　　　　　　　　　　　　　　　　　　　By: KATHERINE UNDERWOOD, Esq.
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　CITY OF SACRAMENTO

# ORDER

GOOD CAUSE BEING SHOWN, it is so ORDERED. Plaintiff will file the First Amended Complaint no later than one week after the date of this Order.

DATED: May 30, 2018

_____
Troy L. Nunley
United States District Judge