ANTHONY E. GOLDSMITH. Esq. (SBN 125621)
STEVEN L. DERBY, Esq. (SBN 148372)
DERBY, McGUINNESS, & GOLDSMITH, LLP
21550 Oxnard Street, Suite 300
Woodland Hills, CA 91367
Tel: (818) 213-2761
Fax: (510) 359-4419
info@dmglawfirm.com

Attorneys for Plaintiff
CYNTHIA GSTETTENBAUER nee CYNTHIA DE JESUS EDMUNSON

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**KATHERINE E. UNDERWOOD, Senior Deputy City Attorney (SBN 249308)**
KUnderwood2@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA GSTETTENBAUER nee CYNTHIA DE JESUS EDMUNSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF SACRAMENTO,<br><br>          Defendant. | Case No.:  2:15-CV-00550-TLN-CKD<br><br>**STIPULATION AND ORDER CONTINUING ALL DEADLINES AND TRIAL DATE**<br><br>**(Modified from Submitted Version)** |

Plaintiff CYNTHIA GSTETTENBAUER nee CYNTHIA DE JESUS EDMUNSON and the CITY OF SACRAMENTO by and through their respective attorneys, hereby jointly stipulate and respectfully request the trial date and corresponding deadlines in this case be continued.  Presently, trial in this case is scheduled to begin on July 15, 2019.  This fifth request for an extension of time is based on the following good cause:

1.   The parties participated in mediation on October 4, 2018, with the Honorable Raul A.

Ramirez, United States District Court Judge (Retired). While settlement was not reached on October 4, 2018, the parties wish to continue engaging in settlement discussions with the assistance of Judge Ramirez.

2. The parties believe the requested deadline extensions are necessary and appropriate given the parties collective desire to settle this matter. The extensions will allow the parties to continue participating in settlement discussions without unnecessary expenditures on costs and attorneys' fees; making the case more likely to settle.

Based on the forgoing, the parties jointly stipulate and request that the Court reset the deadlines as follows:

Expert disclosure:                              January 9, 2019

Expert rebuttal:                               February 7, 2019

**Hearing of Dispositive Motions:**            **May 2, 2019**

**Joint Pretrial Conference Statement:**       **July 18, 2019**

**Final Pretrial Conference:**                 **July 25, 2019, at 2:00 PM**

**Jury Trial:**                                **September 23, 2019, at 9:00 AM**

**IT IS SO STIPULATED**.

DATED: October 12, 2018          SUSANA ALCALA WOOD,
                                 City Attorney


                           By:___/s/ *Katherine E. Underwood*_____
                                 **KATHERINE E. UNDERWOOD**
                                 Senior Deputy City Attorney

                                 Attorneys for the
                                 CITY OF SACRAMENTO

DATED: October 12, 2018          DERBY, McGUINNESS & GOLDSMITH, LLP



                           By:___/s/ *Steven L. Derby*_____
                                 STEVEN L. DERBY, Esq.
                                 Attorneys for Plaintiff
                                 CYNTHIA DE JESUS EDMUNSON
                                 **ORDER**

**IT IS SO ORDERED.**

Dated: October 15, 2018

_____
Troy L. Nunley
United States District Judge