ANTHONY E. GOLDSMITH. Esq. (SBN 125621)
STEVEN L. DERBY, Esq. (SBN 148372)
DERBY, McGUINNESS, & GOLDSMITH, LLP
21550 Oxnard Street, Suite 300
Woodland Hills, CA 91367
Tel: (818) 213-2761
Fax: (510) 359-4419
info@dmglawfirm.com

Attorneys for Plaintiff
CYNTHIA GSTETTENBAUER nee CYNTHIA DE JESUS EDMUNSON

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**KATHERINE E. UNDERWOOD, Senior Deputy City Attorney (SBN 249308)**
KUnderwood2@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA GSTETTENBAUER nee CYNTHIA DE JESUS EDMUNSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No.: 2:15-CV-00550-TLN-CKD<br><br>**STIPULATION AND ORDER CONTINUING ALL DEADLINES AND TRIAL DATE** |

Plaintiff CYNTHIA GSTETTENBAUER nee CYNTHIA DE JESUS EDMUNSON and the CITY OF SACRAMENTO by and through their respective attorneys, hereby jointly stipulate and respectfully request the trial date and corresponding deadlines in this case be continued. Presently, trial in this case is scheduled to begin on September 23, 2019. This sixth request for an extension of time is based on the following good cause:

1. The parties have reached a tentative settlement agreement, subject to approval by the City of Sacramento's City Council. The City anticipates this matter will be brought before its City Council in January 2019.
2. The parties believe the requested deadline extensions are necessary and appropriate given the parties tentative settlement agreement, which is pending City Council's approval.

Based on the forgoing, the parties jointly stipulate and request that the Court reset the deadlines as follows:

| | |
|---|---|
| Expert disclosure: | March 8, 2019 |
| Expert rebuttal: | April 8, 2019 |
| Hearing of Dispositive Motions: | July 2, 2019 |
| Joint Pretrial Conference Statement: | September 9, 2019 |
| Pretrial conference: | September 23, 2019 |
| Trial: | November 11, 2019 |

**IT IS SO STIPULATED**.

DATED: November 28, 2018          SUSANA ALCALA WOOD,
                                  City Attorney


                              By:  /s/ *Katherine E. Underwood*
                                   **KATHERINE E. UNDERWOOD**
                                   Senior Deputy City Attorney

                                   Attorneys for the
                                   CITY OF SACRAMENTO

DATED: November 28, 2018          DERBY, McGUINNESS & GOLDSMITH, LLP



                              By:  /s/ *Steven L. Derby*
                                   STEVEN L. DERBY, Esq.
                                   Attorneys for Plaintiff
                                   CYNTHIA DE JESUS EDMUNSON

# ORDER

Based on the parties' stipulation and the Court's calendar, the Court resets the deadlines as follows:

| | |
|---|---|
| Expert disclosure: | March 8, 2019 |
| Expert rebuttal: | April 8, 2019 |
| **Hearing of Dispositive Motions:** | **July 11, 2019** |
| **Joint Pretrial Conference Statement:** | **September 12, 2019** |
| **Pretrial conference:** | **September 19, 2019 at 2:00 PM** |
| **Trial:** | **November 18, 2019 at 9:00 AM** |

Dated: December 10, 2018

_____
Troy L. Nunley
United States District Judge